# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ANGELIQUE N. THOMPSON

VERSUS

COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

NO: 14-392-JWD-SCR

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated February 5, 2015, to which no objection was filed.

**IT IS ORDERED** that the Defendant's Motion to Dismiss is granted.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 5, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA